Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED 05 MAR '26 14:11 USDC-ORE

# UNITED STATES DISTRICT COURT

for the

Oregon _____ District of _____ Eugene

__ Civil Division

| | | |
|---|---|---|
| Jerami David Potts | ) | Case No. 6:26-CV-00432-MC |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| | ) | |
| David P. Steiner USPS Postmaster General | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jerami David Potts |
| Street Address | 61016 Chuckanut Drive |
| City and County | Bend United States of America |
| State and Zip Code | Oregon 97702 |
| Telephone Number | 458-285-5993 |
| E-mail Address | jeramip8@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | David P. Steiner |
| Job or Title *(if known)* | Postmaster General |
| Street Address | 475 L'enfant Plaza SW |
| City and County | washington District of Columbia |
| State and Zip Code | Washington, DC 20260-0010 |
| Telephone Number | (202) 268-2608 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Bend DP&C Postal |
| Street Address | 2300 NE 4th Street |
| City and County | Bend Deschutes |
| State and Zip Code | Oregon 97701 |
| Telephone Number | (800) 275-8777 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑  Other federal law *(specify the federal law)*:

retaliative wrongful termination times three

☐  Relevant state law *(specify, if known)*:

payroll discrepancy, same as above

☐  Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*:    missing wages, fired for retaliative reasons of hearsay between ol

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.      It is my best recollection that the alleged discriminatory acts occurred on date(s)

10/05/2024

C.      I believe that defendant(s) *(check one)*:

- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.      Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*
- ☒ My "new" manager spke on the phone to my previous n

E.      The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

On October 5, I was to report for worlk as a cirt carrier for the bend usps in oregon. upon my arrival I had previously been sent to Portland with a perdium fr training. upon my arrival in portland to the academy, my manager had failed to give me any of the required forms and documents that I was required to have upon arrival. My manager did not leave me a perdium packet, or anything ofr that matter. I was turned away from the motel in portland as well as re scheduled for the follwing week to return to complete the academy once I had the proper paperwork from my agency.On my way back home from academy, I broke down in the cold of Mt. Hood Meadows in oregon winter. I got home finally on Monday, went to report to my manager what had happened and show hom that i was returning to academy the following week. the manager said NO I just got off phone with your old manger and she said that you had done this kind of a stunt previously and that based on what she told him, I was terminated e immediately. and

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
02-28-2025

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*    01/24/2026    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.
☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I was made to use other employees badges for my entire employment from redmond oregon which severely shorted my paychecks. the fifth time that my check was short which was 06/07/2024, I had worked well over 140 hours in two weeks time and my check was for $700. I tried asking managers for help and not one would fix the thousands of dollars missing mistakes nor did i get reimburssed for using my personal vehicle to deliver mail and packages with my own gas. I lost out on over $3000 dollars total in wages and personal vehicle use of over 100 miles over 20 times. My credit has been downgraded because of the allegations of the bend managers and the necessity for the repayment of perdium money from my trip to the academy. $2000.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        02/04/2026

Signature of Plaintiff      Jerami David Potts      *Jerami D. Potts*

Printed Name of Plaintiff      Jerami David Potts

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

*my original Demand letter to USPS.*

Jerami D. Potts
61016 Chuckanut Drive
Bend, OR 97702

United States Postal Service
475 L'Enfant Plaza SW
Washington, DC 20260

Date: 03/20/2025

Subject: Demand for Resolution Regarding Unlawful Termination, Wage Discrepancies, and Unsafe Working Conditions

Dear United States Postal Service,

I am writing to demand immediate resolution for multiple issues arising from my employment as a Rural Carrier with the USPS. I began my employment at the Bend, Oregon Post Office on February 10, 2024, and subsequently worked at the Redmond, Oregon Post Office.

**Issue 1: Unlawful Termination and Family Medical Emergency:**

* On my first solo delivery day in Bend, I was compelled to leave work due to a family medical emergency.
* I was subsequently terminated, with the stated reason being that I was not permitted to take time off for family emergencies.
* This termination is believed to be unlawful and in violation of applicable labor laws regarding family medical leave.

**Issue 2: Wage Discrepancies and Unofficial Employment Practices in Redmond, OR:**

* I was rehired in Redmond, OR, in a lower-paying position.
* During my employment, I was not issued a USPS badge and was required to use a coworker's badge for timekeeping, as well as maintain handwritten time records.
* I have documented a discrepancy of nearly $4,000 in unpaid wages.
* I also used my personal vehicle for 13 days without mileage or fuel reimbursement.

**Issue 3: Second Termination and Alleged Discrimination:**

* I was terminated a third time after my Bend supervisor, Louis, contacted my previous Bend supervisor, Elaynea Redd, who had relocated to Alaska.

* This termination, based on hearsay, appears to be discriminatory.

**Issue 4: Unsafe Working Conditions:**

* The provided mail trucks are unsafe, particularly at speeds exceeding 35 mph.
* I experienced a near-accident due to a vehicle malfunction (jerking to the right when braking in a school zone).
* The vehicles also have issues with mirrors, headlights, and windshield wipers.

**Demands:**

1.  Full payment of the $4,000 in unpaid wages from my employment in Redmond, OR.
2.  Reimbursement for mileage and fuel expenses incurred during my 13 days of personal vehicle use. $250.00
3.  Compensation for emotional distress and financial hardship resulting from these actions $75,000.
4. Full Benefits top tier medical Dental Vision, and hearing For Myself my wife & my mother as I had while I was employed for 2yrs. Coverage,
5. Immediate action to address the unsafe working conditions, including the repair or replacement of defective vehicles.

I expect a detailed response within 30 days outlining the steps the USPS will take to resolve these issues. Failure to address these concerns will result in further legal action.

Sincerely,

Jerami D. Potts

**Emp#- 06545656.**
- jerami4035@gmail.com